UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADBUAZIZ ZAIN,<br><br>                     Plaintiff,<br><br>vs.<br><br>MAERSK LINE, LTD.,<br><br>                     Defendant. | Case No. C 08 4728 MEJ<br><br>**(PROPOSED) ORDER FOR TELEPHONIC APPEARANCE AT MEDIATION**<br><br>July 14, 2009<br><br>Mediation Service<br>9th Circuit |

Good cause having been shown, a representative of MAERSK LINE LIMITED may attend the mediation, currently scheduled for July 14, 2009 by telephone subject to that representative being available at all times during the mediation.

7-6-09

HON. WAYNE BRAZIL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT