UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDULAZIZ ZAIN
        Plaintiff(s),　　　　　　　　　　　No. 08-04728 MEJ

  v.　　　　　　　　　　　　　　　　　　**CONDITIONAL ORDER OF DISMISSAL**

MAERSK LINE
        Defendant(s).
_____/

    The Court has been advised that the parties have agreed to a settlement of this case. Accordingly, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this Court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: September 16, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

Dismby.Ct　　　　　　　　　　　　　　1